**Abatement Order filed March 7, 2014.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-01085-CV

## IN RE PATRICIA ANN POTTS AND A.M.W. (A CHILD), Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-74161[1]**

## ABATEMENT ORDER

On December 9, 2013, relator Patricia Ann Potts, individually and as next friend of A.M.W., a child, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the local administrative judge of Harris County to rule on her

---

[1] Relator was adjudged a vexatious litigant in Cause No. 2009-74161 by the Honorable Mike Miller, presiding judge of the 11th District Court of Harris County. Judge Miller's judgment prohibits relator from filing, *in propria persona*, any new litigation in this state without the permission of a local administrative judge. This original proceeding stems from relator's request to obtain such permission to file a new litigation for which a separate cause number has not been assigned.

motion for permission as a vexatious litigant to file suit against Helen Marie Leonard.

At the time relator originally filed her motion for permission as a vexatious litigant to file suit, the Honorable Ken Wise was serving in the capacity as local administrative judge of Harris County. Relator's petition for writ of mandamus seeks relief, in part, based on the alleged failure or refusal of Judge Wise to rule on relator's motion. When relator filed her petition for writ of mandamus, Judge Wise no longer held public office as the local administrative judge of Harris County. "Mandamus will not issue against a new judge for what a former one did." *In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding); *see also* Tex. R. App. P. 7.2(b). Therefore, this Court **ORDERS** this original proceeding abated until **March 7, 2014**, at which time the new administrative judge of Harris County shall advise this Court of the action taken on relator's motion. This Court will then consider a motion to reinstate or dismiss this original proceeding, as appropriate.


PER CURIAM

Panel Consists of Justices Boyce, Christopher, and Brown.